# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-015-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | ECF No. 23 |
| FRANCISCO LOPEZ-DE LA PENA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, June 10, 2019 at 11:00 a.m., be vacated and advanced to May 29, 2019, at the hour of 3:00 p.m.

DATED this 15th day of May, 2019.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT